IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI,<br><br>    Movant,<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al.,<br><br>    Respondents. | Misc. Case No. \_\_\_\_<br><br>Underlying Case No.: 3:22-cv-01213 (W.D. La.) |

## DECLARATION OF JENNIFER R. PSAKI IN SUPPORT OF HER MOTION TO QUASH A SUBPOENA

I, Jennifer R. Psaki, hereby declare as follows:

1. I am over the age of 18, am competent to testify, and make this declaration based on personal knowledge.

2. I submit this declaration in support of the Motion to Quash the November 1, 2022 subpoena directed to me. A copy of that subpoena is attached as Exhibit 1 to the Memorandum in Support of the Motion to Quash.

3. I live in Virginia, and within 100 miles of the U.S. District Court for the Eastern District of Virginia in Alexandria, Virginia.

4. I served as White House Press Secretary between January 2021 and May 2022. I now work exclusively in the private sector.

5. Sitting for a deposition in this matter would be extremely burdensome for me. Among other things, I understand that I would need to devote several days to

preparing for the deposition, as well as attending the deposition itself, and that would be highly disruptive to both my work and my family.

      6.      Wherefore, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                      /s/ Jennifer R. Psaki
                                                        Jennifer R. Psaki

Date: November 3, 2022