# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI,<br><br>     Movant,<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al.,<br><br>     Defendants. | Misc. No. 1:22mc28<br><br>Underlying Action: Case No. 3:22-cv-01213-TAD-KDM (W.D. La.) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Lauren A. Wetzler, Assistant United States Attorney, on behalf of the Defendants in the underlying action (collectively, for purposes of this miscellaneous action, "United States of America"), *State of Missouri ex rel. Eric S. Schmitt v. Joseph R. Biden, Jr.,* 3:22-cv-1213-TAD-KDM (W.D. La.). The caption of the Second Amended Complaint in the underlying action is attached hereto.

Dated: November 3, 2022

Respectfully submitted,

JESSICA D. ABER
United States Attorney

 /s/
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3752
lauren.wetzler@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, a copy of the document above was served by email to the following counsel of record for Plaintiffs in the underlying action:

| | |
|---|---|
| */s/ D. John Sauer* <br> D. John Sauer, Mo. Bar No. 58721* <br>   *Solicitor General* <br> Justin D. Smith, Mo. Bar No. 63253 <br>   *First Assistant Attorney General* <br> Todd Scott, Mo. Bar No. 56614* <br>   *Senior Counsel* <br> Michael E. Talent, Mo. Bar No. 73339* <br>   *Deputy Solicitor General* <br> Missouri Attorney General's Office <br> Post Office Box 899 <br> Jefferson City, MO 65102 <br> Tel: (573) 751-8870 <br> John.Sauer@ago.mo.gov <br> *Counsel for State of Missouri* | */s/ Elizabeth B. Murrill* <br> Elizabeth B. Murrill (La #20685) <br>   *Solicitor General* <br> Louisiana Department of Justice <br> 1885 N. Third Street <br> Baton Rouge, Louisiana 70804 <br> Tel: (225) 326-6766 <br> murrille@ag.louisiana.gov <br> *Counsel for State of Louisiana* |

A copy of the document was also transmitted via CM/ECF to counsel for Ms. Psaki at the following address:

Edward E. Bagnell, Jr.  (VSB # 74647)
Email:  ebagnell@spottsfain.com
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Tel. 804 697-2000
Fax: 804 697-2177

A copy of the document was transmitted via email to additional counsel for Ms. Psaki at the following addresses:

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

Jeannie S. Rhee*
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler*
Muamera Hadzic*
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com


Further, a copy of the document above was also transmitted by email to additional counsel for

Plaintiffs at the following addresses:

Jenin Younes, jenin.younes@ncla.legal
John C. Burns, john@burns-law-firm.com


                                           /s/ *Lauren Wetzler*
                                           LAUREN A. WETZLER
                                           Chief, Civil Division
                                           Assistant United States Attorney