# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI<br><br>       Movant,<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al.,<br><br>       Respondents. | Misc. Case No. 1:22-mc-28<br><br>Underlying Case No. 3:22-cv-01213-TAD-KDM (W.D. La..) |

### UNITED STATES' MOTION TO QUASH THIRD-PARTY SUBPOENA ISSUED TO JENNIFER PSAKI

Pursuant to Rules 26(c)(1) and 45(d)(3) of the Federal Rules of Civil Procedure, the Defendants in the underlying action (collectively, for purposes of this miscellaneous action, "United States of America") respectfully move to quash a third-party subpoena ordering Jennifer Psaki, the former White House Press Secretary, to appear for a deposition on November 16, 2022 in this District, and for other and further relief as the Court deems just and proper. In support, the United States of America submits its Memorandum in Support of United States' Motion to Quash Third-Party Subpoena Issued to Jennifer Psaki, dated November 1, 2022, and attached exhibits, which are being filed contemporaneously with this motion.

Counsel for the parties met and conferred telephonically in a good faith effort to resolve this dispute, pursuant to Local Rule 37(E), but were unable to do so. Respondents oppose this motion.

Dated: November 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JESSICA D. ABER
United States Attorney

JAMES J. GILLIGAN
Special Litigation Counsel, Federal Programs Branch

ADAM D. KIRSCHNER (IL Bar No. 6286601)
Senior Trial Counsel
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
KUNTAL CHOLERA (D.C. Bar No. 1031523)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
kyla.snow@usdoj.gov

 /s/ *Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3752
lauren.wetzler@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, a copy of the document above was served by email to the following counsel of record for Respondents:

| | |
|---|---|
| */s/ D. John Sauer* | */s/ Elizabeth B. Murrill* |
| D. John Sauer, Mo. Bar No. 58721* | Elizabeth B. Murrill (La #20685) |
|   *Solicitor General* |   *Solicitor General* |
| Justin D. Smith, Mo. Bar No. 63253 | Louisiana Department of Justice |
|   *First Assistant Attorney General* | 1885 N. Third Street |
| Todd Scott, Mo. Bar No. 56614* | Baton Rouge, Louisiana 70804 |
|   *Senior Counsel* | Tel: (225) 326-6766 |
| Michael E. Talent, Mo. Bar No. 73339* | murrille@ag.louisiana.gov |
|   *Deputy Solicitor General* | *Counsel for State of Louisiana* |
| Missouri Attorney General's Office | |
| Post Office Box 899 | |
| Jefferson City, MO 65102 | |
| Tel: (573) 751-8870 | |
| John.Sauer@ago.mo.gov | |
| *Counsel for State of Missouri* | |

A copy of the document was also transmitted via CM/ECF to counsel for Ms. Psaki at the following address:

Edward E. Bagnell, Jr.  (VSB # 74647)
Email:  ebagnell@spottsfain.com
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Tel. 804 697-2000
Fax: 804 697-2177

A copy of the document was transmitted via email to additional counsel for Ms. Psaki at the following addresses:

3

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP

Jeannie S. Rhee*
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler*
Muamera Hadzic*
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com

Further, a copy of the document above was also transmitted by email to additional counsel for

Respondents at the following addresses:

Jenin Younes, jenin.younes@ncla.legal
John C. Burns, john@burns-law-firm.com

                                      /s/ *Lauren A. Wetzler*
                                      LAUREN A. WETZLER
                                      Chief, Civil Division
                                      Assistant United States Attorney