# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI,<br><br>　　Movant,<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al.,<br><br>　　Respondents. | Misc. Case No. 1:22-mc-28<br><br>Underlying Case No. 3:22-cv-01213-TAD-KDM (W.D. La..) |

### [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO QUASH THIRD-PARTY SUBPOENA ISSUED TO JENNIFER PSAKI

For the reasons set forth in United States' Motion to Quash Third-Party Subpoena Issued to Jennifer Psaki, and upon a finding of good cause shown, it is hereby

**ORDERED** that United States' Motion is **GRANTED**; and it is further

**ORDERED** that Respondents' subpoena for deposition testimony, issued to Jennifer Psaki on November 1, 2022, is **QUASHED**. Respondents are precluded from deposing Jennifer Psaki in the underlying action.

DATED this _____ day of _____, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____