# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI | |
|    Movant, | |
| v. | Misc. Case No. 1:22-mc-28 |
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al., | Underlying Case No. 3:22-cv-01213-TAD-KDM (W.D. La..) |
|    Respondents. | |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that on Friday, November 18, 2022, at 10 a.m., or as soon thereafter as the parties may be heard, the United States will bring on for hearing its Motion to Quash Third-Party Subpoena Issued to Jennifer Psaki, dated November 1, 2022.

Dated: November 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JESSICA D. ABER
United States Attorney

JAMES J. GILLIGAN
Special Litigation Counsel, Federal Programs Branch

ADAM D. KIRSCHNER (IL Bar No. 6286601)
Senior Trial Counsel
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
KUNTAL CHOLERA (D.C. Bar No. 1031523)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
kyla.snow@usdoj.gov

 /s/ *Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3752
lauren.wetzler@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, a copy of the document above was served by email to the following counsel of record for Respondents:

/s/ D. John Sauer
D. John Sauer, Mo. Bar No. 58721*
　Solicitor General
Justin D. Smith, Mo. Bar No. 63253
　First Assistant Attorney General
Todd Scott, Mo. Bar No. 56614*
　Senior Counsel
Michael E. Talent, Mo. Bar No. 73339*
　Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
John.Sauer@ago.mo.gov
Counsel for State of Missouri

/s/ Elizabeth B. Murrill
Elizabeth B. Murrill (La #20685)
　Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
Counsel for State of Louisiana

A copy of the document was also transmitted via CM/ECF to counsel for Ms. Psaki at the following address:

Edward E. Bagnell, Jr.  (VSB # 74647)
Email:  ebagnell@spottsfain.com
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Tel. 804 697-2000
Fax: 804 697-2177

A copy of the document was transmitted via email to additional counsel for Ms. Psaki at the following addresses:

3

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP

Jeannie S. Rhee*
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler*
Muamera Hadzic*
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com

Further, a copy of the document above was also transmitted by email to additional counsel for

Respondents at the following addresses:

Jenin Younes, jenin.younes@ncla.legal
John C. Burns, john@burns-law-firm.com

 

        /s/ *Lauren A. Wetzler*
        LAUREN A. WETZLER
        Chief, Civil Division
        Assistant United States Attorney