# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI,<br><br> Movant,<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al.,<br><br> Respondents. | Misc. Case No. 1:22-mc-28<br><br>Underlying Case No. 3:22-cv-01213-TAD-KDM (W.D. La..) |

### JOINT MOTION TO SET AGREED BRIEFING SCHEDULE ON MOTIONS TO QUASH DEPOSITION SUBPOENA

Earlier today, November 3, 2022, both the United States and former White House Press Secretary Jennifer Psaki, through her private counsel, moved to quash the third-party subpoena served by Missouri and Louisiana ("the States") on Ms. Psaki on October 31, 2022, under Federal Rule of Civil Procedure 45. The subpoena seeks Ms. Psaki's deposition in this district, where she resides, on December 8, 2022. The United States and Ms. Psaki have noticed a hearing on the motions to quash for November 18, 2022.

Counsel for the United States, private counsel for Ms. Psaki, and counsel for the States have conferred and reached agreement on a schedule for briefing on the motions to quash. The parties' agreed-upon schedule incorporates the following deadlines:

- The States' response in opposition to the Motions to Quash: **November 11, 2022**

- Reply briefs by the United States and Ms. Psaki through private counsel in support of their respective Motions to Quash: **November 16, 2022, at 5 pm EST**

Counsel for the United States and the States, together with private counsel for Ms. Psaki, respectfully request entry of the above agreed-to briefing schedule, with the hearing on the motions to quash to take place on November 18, 2022.

Dated: November 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JESSICA D. ABER
United States Attorney

JAMES J. GILLIGAN
Special Litigation Counsel, Federal Programs Branch

ADAM D. KIRSCHNER (IL Bar No. 6286601)
Senior Trial Counsel
KYLA SNOW (OH Bar No. 96662)
INDRANEEL SUR (D.C. Bar No. 978017)
KUNTAL CHOLERA (D.C. Bar No. 1031523)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
kyla.snow@usdoj.gov

 /s/ *Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3752
lauren.wetzler@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

| | |
|---|---|
| **ERIC S. SCHMITT**<br>**Attorney General of Missouri** | **JEFFREY M. LANDRY**<br>**Attorney General of Louisiana** |
| */s/ D. John Sauer*<br>D. John Sauer, Mo. Bar No. 58721*<br>  *Solicitor General*<br>Justin D. Smith, Mo. Bar No. 63253<br>  *First Assistant Attorney General*<br>Todd Scott, Mo. Bar No. 56614<br>  *Senior Counsel*<br>Michael E. Talent, Mo. Bar No. 73339<br>  *Deputy Solicitor General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>John.Sauer@ago.mo.gov<br>*Counsel for State of Missouri* | */s/ Elizabeth B. Murrill*<br>Elizabeth B. Murrill (La #20685)<br>  *Solicitor General*<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, Louisiana 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>*Counsel for State of Louisiana* |

\*  *pro hac vice* application forthcoming

*/s/ John J. Vecchione*
Jenin Younes *
John J. Vecchione
New Civil Liberties Alliance
1225 19th Street N.W., Suite 450
Washington, DC 20036
Direct: (202) 918-6905
E-mail: jenin.younes@ncla.legal
*Counsel for Plaintiffs Dr. Jayanta Bhattacharya,*
*Dr. Martin Kulldorff, Dr. Aaron Kheriaty, and Jill Hines*

*/s/ John C. Burns*
John C. Burns
Burns Law Firm
P.O. Box 191250
St. Louis, Missouri 63119
P: 314-329-5040
F: 314-282-8136
E-mail: john@burns-law-firm.com
*Counsel for Plaintiff Jim Hoft*

JENNIFER R. PSAKI

*/s/ Edward E. Bagnell, Jr.*
Edward E. Bagnell, Jr.  (VSB # 74647)
Email:  ebagnell@spottsfain.com
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Tel. 804 697-2000
Fax: 804 697-2177

- and -

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

Jeannie S. Rhee*
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler*
Muamera Hadzic*
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com

*Attorneys for Movant Jennifer R. Psaki*

* Application for admission
*pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, a copy of the document above was served by email to the following counsel of record for Respondents:

| | |
|---|---|
| */s/ D. John Sauer* | */s/ Elizabeth B. Murrill* |
| D. John Sauer, Mo. Bar No. 58721* | Elizabeth B. Murrill (La #20685) |
|   *Solicitor General* |   *Solicitor General* |
| Justin D. Smith, Mo. Bar No. 63253 | Louisiana Department of Justice |
|   *First Assistant Attorney General* | 1885 N. Third Street |
| Todd Scott, Mo. Bar No. 56614* | Baton Rouge, Louisiana 70804 |
|   *Senior Counsel* | Tel: (225) 326-6766 |
| Michael E. Talent, Mo. Bar No. 73339* | murrille@ag.louisiana.gov |
|   *Deputy Solicitor General* | *Counsel for State of Louisiana* |
| Missouri Attorney General's Office | |
| Post Office Box 899 | |
| Jefferson City, MO 65102 | |
| Tel: (573) 751-8870 | |
| John.Sauer@ago.mo.gov | |
| *Counsel for State of Missouri* | |

A copy of the document was also transmitted via CM/ECF to counsel for Ms. Psaki at the following address:

Edward E. Bagnell, Jr.  (VSB # 74647)
Email:  ebagnell@spottsfain.com
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Tel. 804 697-2000
Fax: 804 697-2177

A copy of the document was transmitted via email to additional counsel for Ms. Psaki at the following addresses:

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP

Jeannie S. Rhee*
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler*
Muamera Hadzic*
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com

Further, a copy of the document above was also transmitted by email to additional counsel for

Respondents at the following addresses:

Jenin Younes, jenin.younes@ncla.legal
John C. Burns, john@burns-law-firm.com

                                                 /s/ *Lauren A. Wetzler*
                                                 LAUREN A. WETZLER
                                                 Chief, Civil Division
                                                 Assistant United States Attorney