# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI<br><br>   Movant,<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al.,<br><br>   Respondents. | Misc. Case No. 1:22-mc-28<br><br>Underlying Case No. 3:22-cv-01213-TAD-KDM (W.D. La..) |

### [PROPOSED] ORDER

For the reasons set forth in the Joint Motion to Set Agreed Briefing Schedule on Motions to Quash Deposition Subpoena, it is

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that oppositions to the motions to quash are due on or before November 11, 2022, and that any reply memoranda are due on or before November 16, 2022, at 5:00 P.M.  It is **FURTHER ORDERED** that a hearing for the motions is set for _____ on November 18, 2022.

DATED this ____ day of _____, 2022

                                                                                                                          _____