AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Jennifer R. Psaki ) | |
| *Plaintiff* ) | |
| v. ) | Case No. Misc. No. 1:22mc28 |
| State of Missouri ex rel. Eric S. Schmitt ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jayanta Bhattacharya, Martin Kulldorff, Aaron Kheriaty, and Jill Hines

Date: 11/03/2022

*Attorney's signature*

John J. Vecchione, VA Bar # 73828
*Printed name and bar number*

1225 19th Street NW, Suite 450
Washington, DC 20036

*Address*

john.vecchione@ncla.legal
*E-mail address*

(202) 918-6902
*Telephone number*

(202) 869-5238
*FAX number*