# Exhibit 1

| | |
|---|---|
| **From:** | Sauer, John |
| **To:** | "Kessler, David"; "murrille@ag.louisiana.gov"; "jenin.younes@ncla.legal"; "john@burns-law-firm.com" |
| **Cc:** | "Rhee, Jeannie S"; "Hadzic, Muamera" |
| **Subject:** | RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki |
| **Date:** | Wednesday, November 2, 2022 3:15:53 PM |

David- You are correct - as we notified DOJ, we do not intend to withdraw the subpoena to Ms. Psaki.  Given your position that the subpoena should be withdrawn in full, the parties' positions are likely irreconcilable, and we agree with your suggestion that any further meet and confer is unlikely to be fruitful on this point.  Thanks, John

**From:** Kessler, David <dkessler@paulweiss.com>
**Sent:** Wednesday, November 2, 2022 10:30 AM
**To:** Sauer, John <John.Sauer@ago.mo.gov>; murrille@ag.louisiana.gov; jenin.younes@ncla.legal; john@burns-law-firm.com
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Hadzic, Muamera <mhadzic@paulweiss.com>
**Subject:** FW: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

Dear Counsel:

We've removed DOJ from this email chain, and wanted to touch base pursuant to EDVA Local Rules 7 and 37.  We understand that you have had discussions with the DOJ about the deposition subpoena to Ms. Psaki, and that you have not withdrawn the subpoena as a result.  Given the discussions you have already had on this issue with DOJ, and our view as Ms. Psaki's personal counsel that the deposition subpoena should be withdrawn in full, please let us know whether you believe any further meet and confer with us would be fruitful in advance of tomorrow's deadline for filing a motion to quash.

Best,
David

**David K. Kessler** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3614 (Direct Phone) | 212 492 0614 (Direct Fax)
dkessler@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Tuesday, November 1, 2022 4:40 PM
**To:** Kessler, David <dkessler@paulweiss.com>; 'Kirschner, Adam (CIV)' <Adam.Kirschner@usdoj.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>; 'Megan Wold' <mwold@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; 'Jenin Younes' <jenin.younes@ncla.legal>; 'John Vecchione' <john.vecchione@ncla.legal>; 'Jonathon Burns' <john@burns-law-firm.com>

**Subject:** RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

Thanks, we confirm that the prior two subpoenas (Nov. 17 and Nov. 16) are released.  Thanks, John

---

**From:** Kessler, David <dkessler@paulweiss.com>
**Sent:** Tuesday, November 1, 2022 2:38 PM
**To:** Sauer, John <John.Sauer@ago.mo.gov>; 'Kirschner, Adam (CIV)' <Adam.Kirschner@usdoj.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>; 'Megan Wold' <mwold@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; 'Jenin Younes' <jenin.younes@ncla.legal>; 'John Vecchione' <john.vecchione@ncla.legal>; 'Jonathon Burns' <john@burns-law-firm.com>
**Subject:** RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

John -

We accept service of this subpoena by email on behalf of Ms. Psaki.

Thanks,
David

**David K. Kessler | Counsel**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3614 (Direct Phone) | 212 492 0614 (Direct Fax)
dkessler@paulweiss.com | www.paulweiss.com

---

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Date:** Tuesday, Nov 01, 2022, 2:59 PM
**To:** 'Kirschner, Adam (CIV)' <Adam.Kirschner@usdoj.gov>, Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>, Kessler, David <dkessler@paulweiss.com>, Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>, Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>, Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>, 'Megan Wold' <mwold@cooperkirk.com>, 'Brian Barnes' <BBarnes@cooperkirk.com>, 'Jenin Younes' <jenin.younes@ncla.legal>, 'John Vecchione' <john.vecchione@ncla.legal>, 'Jonathon Burns' <john@burns-law-firm.com>
**Subject:** RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

Dear Counsel-

Per our discussions, attached please find a re-issued subpoena for the deposition of Ms. Psaki and related documents for the agreed-upon new date of December 8, 2022 in Arlington, VA.  Other than the new date, this should be identical to the previously issued subpoenas.  Counsel for Ms. Psaki, could you please confirm that you accept service of this subpoena by email on her behalf?  Upon your acceptance of service of this subpoena, we agree that the prior subpoena issued for Nov. 16 is released (as is the Nov. 17 subpoena).

Thank you,
John Sauer

---

**From:** Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>
**Sent:** Friday, October 28, 2022 2:48 PM
**To:** Sauer, John <John.Sauer@ago.mo.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Kessler, David <dkessler@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>; 'Megan Wold' <mwold@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; 'Jenin Younes' <jenin.younes@ncla.legal>; 'John Vecchione' <john.vecchione@ncla.legal>; 'Jonathon Burns' <john@burns-law-firm.com>
**Subject:** RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

Understood. Thank you.

---

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Friday, October 28, 2022 3:40 PM
**To:** Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Kessler, David <dkessler@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>; 'Megan Wold' <mwold@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; 'Jenin Younes' <jenin.younes@ncla.legal>; 'John Vecchione' <john.vecchione@ncla.legal>; 'Jonathon Burns' <john@burns-law-firm.com>
**Subject:** [EXTERNAL] RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

Adam- Yes, we will do so. It may issue on Monday instead of this afternoon. Thanks, John

---

**From:** Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>
**Sent:** Friday, October 28, 2022 1:49 PM
**To:** Sauer, John <John.Sauer@ago.mo.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Kessler, David <dkessler@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>; 'Megan Wold' <mwold@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; 'Jenin Younes' <jenin.younes@ncla.legal>; 'John Vecchione' <john.vecchione@ncla.legal>; 'Jonathon Burns' <john@burns-law-firm.com>
**Subject:** RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

John,

Could you re-issue the subpoena for Ms. Psaki for December 8, 2022?

Thank you,

Adam

**From:** Sauer, John <John.Sauer@ago.mo.gov>
**Sent:** Friday, October 28, 2022 9:47 AM
**To:** Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Kessler, David <dkessler@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>; 'Megan Wold' <mwold@cooperkirk.com>; 'Brian Barnes' <BBarnes@cooperkirk.com>; 'Jenin Younes' <jenin.younes@ncla.legal>; 'John Vecchione' <john.vecchione@ncla.legal>; 'Jonathon Burns' <john@burns-law-firm.com>
**Subject:** [EXTERNAL] RE: Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki

Adam-

We agree to this proposed briefing and hearing schedule for EDVA, and to the re-scheduling of Ms. Psaki's deposition between Nov. 28 and Dec. 9, with the caveat that the deposition not conflict with the other deposition dates already proposed for that period.

Thanks, John

**From:** Kirschner, Adam (CIV) <Adam.Kirschner@usdoj.gov>
**Sent:** Friday, October 28, 2022 8:34 AM
**To:** Sauer, John <John.Sauer@ago.mo.gov>; Murrill, Elizabeth <murrille@ag.louisiana.gov>
**Cc:** Rhee, Jeannie S <jrhee@paulweiss.com>; Kessler, David <dkessler@paulweiss.com>; Cholera, Kuntal (CIV) <Kuntal.Cholera@usdoj.gov>; Snow, Kyla (CIV) <Kyla.Snow@usdoj.gov>; Sur, Indraneel (CIV) <Indraneel.Sur@usdoj.gov>
**Subject:** Missouri et al v. Biden, 3:22-cv-01213 - Subpoena of Jennifer Psaki
**Importance:** High

John,

I am following-up on our discussion yesterday whether it makes sense to move the subpoena date for Ms. Psaki. I have copied her counsel on this email. It sounds likely that everyone is in agreement that it makes sense to move that date to after Thanksgiving but we need confirmation from you. Otherwise, we will need to proceed with filing today. Thus, please let us know by **11:30 AM Eastern** today if we are in agreement with the following:

The subpoena for Ms. Psaki will be re-issued for between November 28 and December 9, with a specific date to be determined later today. Any motions to quash in EDVA will be noticed for a

hearing on November 18, 2022. The Federal Defendants and Ms. Psaki would file their motions to quash no later than November 3, 2022. Oppositions would be due November 10, 2022, and Replies due November 16, 2022. All parties—including the States, the Federal Defendants, and Ms. Psaki—would jointly propose this schedule to EDVA following the filings of the motions to quash.

If we are in agreement, then we will proceed with this path forward.

Happy to discuss.

Thanks,

**Adam Kirschner**
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Washington, DC  20530
Phone: (202) 598-3846
Adam.Kirschner@usdoj.gov

This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by § 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.