# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JENNIFER R. PSAKI,<br><br>*Movant,*<br><br>v.<br><br>STATE OF MISSOURI ex rel. ERIC S. SCHMITT, ATTORNEY GENERAL, et al.<br><br>*Respondents.* | Misc. No. 1:22mc28<br><br>Underlying Action: Case No. 3:22-cv-1213-TAD-KDM (W.D. La.) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Michael Weitzner, attorney of the firm Cooper and Kirk, PLLC, on behalf of Plaintiff, State of Louisiana. I am admitted to practice in this court.

Dated: November 15, 2022

Respectfully submitted,

/s/Michael Weitzner
Michael Weitzner, VSB No. 45049
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
mweitzner@cooperkirk.com

*Counsel for Plaintiff, State of Louisiana*

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2022, a true and correct copy of the forgoing was served electronically via the Court's electronic filing system upon the following counsel of record:

Edward E. Bagnell, Jr. (VSB # 74647)
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Tel. 804 697-2000
Fax: 804 697-2177
ebagnell@spottsfain.com

and

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jeannie S. Rhee
2001 K Street, N.W.
Washington, DC 20006
jrhee@paulweiss.com

David K. Kessler
Muamera Hadzic
1285 Avenue of the Americas
New York, NY 10019
dkessler@paulweiss.com
mhadzic@paulweiss.com

*Counsel for Movant Jennifer R. Psaki*


Jessica D. Aber
Lauren A. Wetzler
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:  (703) 299-3752
Lauren.wetzler@usdoj.gov

*Counsel for the United States of America*

John J. Vecchione, VSB #73828
1225 19th Street NW, Suite 450
Washington, DC 20036
John.vecchione@ncla.legal
Tel: (202) 918-6902
Fax: (202) 869-5238

*Counsel for Respondents Jayanta Bhattacharya, Martin Kuldorff, Aaron Kheriaty, and Jill Hines*


A copy of the document was transmitted via email to counsel at the following addresses:

Elizabeth B. Murrill (La #20685)
*Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov

*Counsel for Respondent State of Louisiana*

Adam D. Kirchner (IL Bar No. 6286601)
Kyla Snow (OH Bar No. 96662)
Indraneel Sur (D.C. Bar No. 978017)
Kuntal Cholera (D.C. Bar No. 1031523)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel: (202) 514-3259
adam.kirchner@usdoj.gov
indraneel.sur@usdoj.gov
kuntal.cholera@usdoj.gov
kyla.snow@usdoj.gov

*Counsel for the United States of America*

                                                  */s/ Michael Weitzner*
                                                  Michael Weitzner, VSB No. 45049