# EXHIBIT 1

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(202) 223-7466

WRITER'S DIRECT FACSIMILE

(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS

jrhee@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON
J. STEVEN BAUGHMAN
JOSEPH J. BIAL
JOHN P. CARLIN
REBECCA S. COCCARO
KAREN L. DUNN
KENNETH A. GALLO
ROBERTO J. GONZALEZ
WILLIAM A. ISAACSON
MARK F. MENDELSOHN
JANE B. O'BRIEN
JESSICA E. PHILLIPS
JEANNIE S. RHEE
KANNON K. SHANMUGAM
JOSHUA H. SOVEN
JULIA TARVER MASON WOOD

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*
EDWARD T. ACKERMAN*
JACOB A. ADLERSTEIN*
ALLAN J. ARFFA*
JONATHAN H. ASHTOR*
ROBERT A. ATKINS*
SCOTT A. BARSHAY*
PAUL M. BASTA*
LYNN B. BAYARD*
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
BRIAN BOLIN*
ANGELO BONVINO*
ANDRE G. BOUCHARD*
GERALD BRANT*
ROBERT A. BRITTON*
WALTER F. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
DAVID CARMONA*
GEOFFREY R. CHEPIGA*
ELLEN N. CHING*
WILLIAM A. CLAREMAN*
LEWIS R. CLAYTON*
YAHONNES CLEARY*
JAY COHEN
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
THOMAS V. DE LA BASTIDE III*
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
ROSS A. FIELDSTON*
ANDREW C. FINCH*
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI*
PETER E. FISCH*
HARRIS FISCHMAN*
VICTORIA S. FORRESTER*
HARRIS B. FREIDUS*
MANUEL S. FREY*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
NEIL GOLDMAN*
MATTHEW B. GOLDSTEIN*
CATHERINE L. GOODALL*
CHARLES H. GOOGE, JR.*
ANDREW G. GORDON*
BRIAN S. GRIEVE*
UDI GROFMAN*
NICHOLAS P. GROOMBRIDGE*
BRUCE A. GUTENPLAN*
MELINDA HAAG
ALAN S. HALPERIN*
CLAUDIA HAMMERMAN*
IAN M. HAZLETT*
BRIAN S. HERMANN*
JOSHUA HILL JR.*
MICHELE HIRSHMAN*
JARRETT R. HOFFMAN*
ROBERT HOLO*
CHRISTOPHER HOPKINS*
DAVID S. HUNTINGTON*
AMRAN HUSSEIN*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*
BRIAN M. JANSON*
JEH C. JOHNSON
MATTHEW B. JORDAN*
BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
ROBERT A. KILLIP*
BRIAN KIM*
KYLE J. KIMPLER*
JEFFREY L. KOCHIAN*
ALEXIA D. KORBERG*
ALAN W. KORNBERG
DANIEL J. KRAMER*
BRIAN KRAUSE*
CAITH KUSHNER*
KAISA KUUSK*
DAVID K. LAKHDHIR
GREGORY F. LAUFER*
BRIAN C. LAVIN*
XIAOYU GREG LIU*
RANDY LUSKEY*
LORETTA E. LYNCH*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
DAVID W. MAYO*
ELIZABETH R. MCCOLM*
JEAN M. MCLOUGHLIN*
ALVARO MEMBRILLERA*
CLAUDINE MEREDITH-GOUJON*
WILLIAM B. MICHAEL*
JUDIE NG SHORTELL*
CATHERINE NYARADY*
BRAD R. OKUN*
SUNG PAK*
CRYSTAL L. PARKER*
LINDSAY B. PARKS*
ANDREW M. PARLEN*
DANIELLE C. PENHALL*
CHARLES J. PESANT*
AUSTIN S. POLLET*
VALERIE E. RADWANER*
JEFFREY J. RECHER*
CARL L. REISNER
LORIN L. REISNER*
WALTER G. RICCIARDI*
RICHARD A. ROSEN
ANDREW N. ROSENBERG*
JUSTIN ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY B. SAMUELS*
PAUL L. SANDLER*
AARON J. SCHLAPHOFF*
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JOHN M. SCOTT*
BRIAN SCRIVANI*
KYLE T. SEIFRIED*
SUHAN SHIM*
CULLEN L. SINCLAIR*
AUDRA J. SOLOWAY*
SCOTT M. SONTAG*
MEGAN SPELMAN*
ROBERT Y. SPERLING*
EYITAYO ST. MATTHEW-DANIEL*
SARAH STASNY*
ERIC ALAN STONE*
AIDAN SYNNOTT*
BRETTE TANNENBAUM*
RICHARD C. TARLOWE*
DAVID TARR*
MONICA K. THURMOND*
DANIEL J. TOAL*
LAURA C. TURANO*
CONRAD VAN LOGGERENBERG*
KRISHNA VEERARAGHAVAN*
JEREMY M. VEIT*
LIZA M. VELAZQUEZ*
MICHAEL VOGEL*
RAMY J. WAHBEH*
JOHN WEBER*
LAWRENCE G. WEE*
THEODORE V. WELLS, JR.
SAMUEL J. WELT*
LINDSEY L. WIERSMA*
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
MARK B. WLAZLO*
ADAM WOLLSTEIN*
JENNIFER H. WU*
STACI YABLON*
JORDAN E. YARETT*
BOSCO YIU*
KAYE N. YOSHINO*
TONG YU*
TRACEY A. ZACCONE*
TAURIE M. ZEITZER*
KENNETH S. ZIMAN*
T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

November 15, 2022

**By Email**

D. John Sauer
Solicitor General
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
John.Sauer@ago.mo.gov

Re:    *Missouri, et al.* v. *Joseph R. Biden, Jr., et al.*, No. 3:22-cv-01213 (W.D. La.)

Dear Solicitor General Sauer:

   We represent Jennifer R. Psaki in connection with the November 1, 2022 subpoena you served on her for deposition testimony and document production in *Missouri* v. *Biden*, No. 3:22-cv-01213 (W.D. La.). Pursuant to Rule 45 of the Federal Rules of Civil Procedure and Local Rule 45, this letter serves as Ms. Psaki's formal responses and objections to the portion of the subpoena requesting documents.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

In summary, the subpoena seeks documents related to several specific statements Ms. Psaki made during White House press briefings in her capacity as White House Press Secretary, as well as material related to communications by federal employees with social media companies. (Requests No. 3–8). It also seeks materials Ms. Psaki will rely upon in preparation for and during her deposition. (Requests No. 1–2).

As you are aware, Ms. Psaki stepped down from her position as White House Press Secretary on May 13, 2022. Any responsive communications and documents would have been retained by the White House when Ms. Psaki left her position, and Ms. Psaki took no records with her. Furthermore, Ms. Psaki has no relevant information in her personal email account or phone.

Notwithstanding the fact that Ms. Psaki has no responsive documents, she objects to the document requests on the following grounds.

*First*, Ms. Psaki objects to the request to produce documents that she has reviewed in preparation for her deposition on the grounds that she has no obligation to review any documents in preparation for her deposition, and because this request invades the attorney-client privilege and work-product doctrine. Ms. Psaki further objects that she cannot at this time produce documents that will be relied on during her deposition because doing so would require her to speculate as to what she may be asked and what documents she might rely upon. As set forth above, Ms. Psaki has no such documents in her possession at this time.

*Second*, the subpoena's document requests exceed the scope of authorized discovery as to Ms. Psaki. The district court in the Western District of Louisiana granted Plaintiffs' request to depose Ms. Psaki; it did not authorize document requests to, or document production by, Ms. Psaki. *See Missouri* v. *Biden*, No. 3:22-cv-01213, Dkt. 90. Moreover, the period for written discovery in that matter had ended by the time the depositions were authorized.

Ms. Psaki has no responsive documents at this time, but reserves the right to supplement her responses and objections set forth herein.

Respectfully submitted,

 /s/ Jeannie S. Rhee

Jeannie S. Rhee