# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): _Jeannie Rhee, Esq._

Electronic Device(s): _Black Iphone 13_

Purpose and Location Of Use: _Hearing before Judge Davis Courtroom 301_

Case No.: _1:22 mc 28_

Date(s) Authorized: _November 18, 2022_

IT Clearance Waived: ____(Yes)   ____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**