# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): David K. Kessler

Electronic Device(s):
- Apple iPhone 12 mini – blue/black
- Apple iPad (iPad Air) grey case
- Laptop computer (HP)

Purpose and Location Of Use: Assist with oral argument

Case No.: Psaki, 22-MC-028 (PTG)(IDD)

Date(s) Authorized: 11/18/2022

IT Clearance Waived: _____(Yes)  _____(No)

APPROVED BY:

Date:_____   _____
                                United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**