# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): ___Joseph O. Masterman_____

_____

_____

Electronic Device(s): ___Apple iPhone 11 (black)_____

___Laptop Computer (Dell)_____

_____

Purpose and Location Of Use: ___Assist with oral argument/hearing Courtroom 301___

Case No.: *Psaki v. Missouri*, 1:22-mc-028-PTG-IDD

Date(s) Authorized: ___11/18/2022_____

IT Clearance Waived: _____(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                 IT Staff Member                       Date(s)

**IT clearance must be completed, unless waived, before court appearance.**