# U.S. District Court
## Eastern District of Virginia – (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:22−mc−00028−PTG−IDD

| | |
|---|---|
| Jennifer R. Psaki v. State of Missouri, et al.<br>Assigned to: District Judge Patricia Tolliver Giles<br>Referred to: Magistrate Judge Ivan D. Davis<br>Cause: Civil Miscellaneous Case | Date Filed: 11/03/2022 |

**Respondent**

| | | |
|---|---|---|
| **State of Missouri** | represented by | **Jeff Philip Johnson**<br>400 S. Phillips Avenue<br>Sioux Falls, SD 57104<br>571−217−1692<br>Email: jeff.johnson@ago.mo.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **State of Louisiana** | represented by | **Michael Weitzner**<br>Michael Weitzner<br>Cooper & Kirk PLLC<br>1523 New Hampshire Ave NW<br>Washington, DC 20016<br>202−220−9669<br>Email: mweitzner@cooperkirk.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Wesley Barnes**<br>Cooper & Kirk, PLLC (DC−NA)<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036<br>\*\*NA\*\*<br>202−220−9600<br>Fax: 202−220−9623<br>Email: bbarnes@cooperkirk.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph O'meara Masterman**<br>Cooper & Kirk, PLLC (DC−NA)<br>1523 New Hampshire Ave., NW<br>Washington, DC 20036<br>\*\*NA\*\*<br>202−220−9600<br>Fax: 202−220−9623<br>Email: jmasterman@cooperkirk.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Megan Wold** |

Cooper & Kirk, PLLC (DC–NA)
1523 New Hampshire Ave., NW
Washington, DC 20036
**NA**
202−220−9600
Fax: 202−220−9623
Email: mwold@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Jayanta Bhattacharya** represented by **Dean John Sauer**
Office of Missouri Attorney General (MO–NA)
P.O Box 899
Jefferson City, MO 65102
**NA**
573−751−8870
Fax: 573−751−0774
Email: John.Sauer@ago.mo.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenin Younes**
New Civil Liberties Alliance DC–NA)
1225 19th Streeet, Northwest
Suite 450
Washington, DC 20036
202−918−6905
Email: jenin.younes@ncla.legal
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Julian Vecchione**
New Civil Liberties Alliance
1225 19th St. N.W.
Ste 450
Washington, DC 20036−2411
202−918−6902
Email: john.vecchione@ncla.legal
*ATTORNEY TO BE NOTICED*

**Respondent**

**Jill Hines** represented by **Dean John Sauer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jenin Younes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Julian Vecchione**

        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Respondent**

**Jim Hoft**

**Respondent**

**Aaron Kheriaty**        represented by    **Dean John Sauer**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Jenin Younes**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **John Julian Vecchione**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Respondent**

**Martin Kulldorff**        represented by    **Dean John Sauer**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Jenin Younes**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **John Julian Vecchione**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Movant**

**Jennifer R. Psaki**        represented by    **David Kessler**
        Paul Weiss Rifkind Wharton & Garrison LLP
        (NA–NY)
        1285 Avenue of the Americas
        New York, NY 10019
        \*\*NA\*\*
        212–373–3000
        Fax: 212–492–0614
        Email: dkessler@paulweiss.com
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Jeannie Rhee**
        Paul, Weiss, Rifkind, Wharton & Garrison LLP
        (DC–NA)

|   |   |
|---|---|
|   | 2001 K St NW<br>Washington, DC 20006–1047<br>**NA**<br>202–223–7300<br>Fax: 202–330–5012<br>Email: jrhee@paulweiss.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   | **Edward Everett Bagnell , Jr**<br>Spotts Fain PC<br>411 E Franklin St<br>Suite 600<br>Richmond, VA 23219<br>(804) 697–2000<br>Fax: (804) 697–2177<br>Email: ebagnell@spottsfain.com<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **United States of America** | represented by | **Lauren A. Wetzler**<br>US Attorney's Office (Alexandria)<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>703–299–3700<br>Fax: 703–299–3983<br>Email: lauren.wetzler@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2022 | Ï 1 | MOTION to Quash Subpoena ( Filing fee $ 49, receipt number AVAEDC–8643364.), filed by Jennifer R. Psaki.(Bagnell, Edward) Modified to correct filing event on 11/4/2022 (Dest). (Entered: 11/03/2022) |
| 11/03/2022 | Ï 2 | Notice of Hearing Date set for November 18, 2022 re 1 Civil Miscellaneous Case (Bagnell, Edward) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 3 | Motion to appear Pro Hac Vice by Jeannie Rhee and Certification of Local Counsel Edward Everett Bagnell, Jr. Filing fee $ 75, receipt number AVAEDC–8643428. by Jennifer R. Psaki. (Bagnell, Edward) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 4 | Motion to appear Pro Hac Vice by David Kessler and Certification of Local Counsel Edward Everett Bagnell, Jr. Filing fee $ 75, receipt number AVAEDC–8643454. by Jennifer R. Psaki. (Bagnell, Edward) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 5 | Memorandum in Support re 3 Motion to appear Pro Hac Vice by Jeannie Rhee and Certification of Local Counsel Edward Everett Bagnell, Jr. Filing fee $ 75, receipt number AVAEDC–8643428. 1 – *Motion to Quash A Subpoeana* filed by Jennifer R. Psaki. (Attachments: # 1 Affidavit Declaration of Jennifer R. Psaki, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Bagnell, Edward) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 6 | NOTICE of Appearance by Lauren A. Wetzler on behalf of United States of America (Attachments: # 1 Caption of Underlying Action)(Wetzler, Lauren) (Entered: 11/03/2022) |

| 11/03/2022 | Ï 7 | MOTION to Quash *Deposition Subpoena to Jennifer Psaki* by United States of America. (Attachments: # 1 Proposed Order)(Wetzler, Lauren) (Entered: 11/03/2022) |
|---|---|---|
| 11/03/2022 | Ï 8 | Memorandum in Support re 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki* filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Wetzler, Lauren) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 9 | Notice of Hearing Date set for 11/18/2022 re 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki* (Wetzler, Lauren) (Entered: 11/03/2022) |
| 11/03/2022 | ï 10 | Joint MOTION Set Briefing Schedule on Motions to Quash by United States of America. (Attachments: # 1 Proposed Order)(Wetzler, Lauren) (Entered: 11/03/2022) |
| 11/03/2022 | ï 11 | NOTICE of Appearance by John Julian Vecchione on behalf of Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff (Vecchione, John) (Entered: 11/03/2022) |
| 11/03/2022 | ï 12 | NOTICE of Appearance by Jeff Philip Johnson on behalf of State of Missouri (Johnson, Jeff) (Entered: 11/03/2022) |
| 11/03/2022 | Ï | Initial Case Assignment to District Judge Patricia Tolliver Giles and Magistrate Judge Ivan D. Davis. (Dest) (Entered: 11/04/2022) |
| 11/04/2022 | ï 13 | Motion to appear Pro Hac Vice by Jenin Younes and Certification of Local Counsel John J. Vecchione Filing fee $ 75, receipt number AVAEDC−8645439. by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. (Vecchione, John) (Entered: 11/04/2022) |
| 11/08/2022 | Ï | Set Deadline as to 1 MOTION, 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki. Motion Hearing set for 11/18/2022 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis.* (jlan) (Entered: 11/08/2022) |
| 11/10/2022 | ï 15 | ORDER granting 3 Motion for Pro hac vice Appointed Jeannie Rhee for Jennifer R. Psaki. Signed by District Judge Patricia Tolliver Giles on 11/10/2022. (nneb) (Entered: 11/14/2022) |
| 11/10/2022 | ï 16 | ORDER granting 4 Motion for Pro hac vice Appointed David Kessler for Jennifer R. Psaki. Signed by District Judge Patricia Tolliver Giles on 11/10/2022. (nneb) (Entered: 11/14/2022) |
| 11/10/2022 | ï 17 | ORDER granting 13 Motion for Pro hac vice Appointed Jenin Younes for Jayanta Bhattacharya,Jenin Younes for Jill Hines,Jenin Younes for Aaron Kheriaty,Jenin Younes for Martin Kulldorff. Signed by District Judge Patricia Tolliver Giles on 11/10/2022. (nneb) (Entered: 11/14/2022) |
| 11/11/2022 | ï 14 | Opposition to 1 MOTION, 8 Memorandum in Support, 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki*, 5 Memorandum in Support, filed by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri. (Attachments: # 1 Exhibit Counsel correspondence)(Johnson, Jeff) (Entered: 11/11/2022) |
| 11/15/2022 | ï 18 | NOTICE of Appearance by Michael Weitzner on behalf of State of Louisiana (Weitzner, Michael) (Entered: 11/15/2022) |
| 11/15/2022 | ï 19 | Motion to appear Pro Hac Vice by Brian Wesley Barnes and Certification of Local Counsel Michael Weitzner Filing fee $ 75, receipt number AVAEDC−8660757. by State of Louisiana. (Weitzner, Michael) (Entered: 11/15/2022) |
| 11/15/2022 | ï 20 | Motion to appear Pro Hac Vice by Megan Wold and Certification of Local Counsel Michael Weitzner Filing fee $ 75, receipt number AVAEDC−8660767. by State of Louisiana. (Weitzner, Michael) (Entered: 11/15/2022) |
| 11/15/2022 | ï 21 | |

| | | |
|---|---|---|
| | | Motion to appear Pro Hac Vice by Joseph O'meara Masterman and Certification of Local Counsel Michael Weitzner Filing fee $ 75, receipt number AVAEDC–8660786. by State of Louisiana. (Weitzner, Michael) (Entered: 11/15/2022) |
| 11/16/2022 | 22 | Motion to appear Pro Hac Vice by Dean John Sauer and Certification of Local Counsel John J. Vecchione Filing fee $ 75, receipt number AVAEDC–8663268. by Jayanta Bhattacharya, Jill Hines, Aaron Kheriaty, Martin Kulldorff. (Vecchione, John) (Entered: 11/16/2022) |
| 11/16/2022 | 23 | REPLY to Response to Motion re 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki* filed by United States of America. (Attachments: # 1 Exhibit A)(Wetzler, Lauren) (Entered: 11/16/2022) |
| 11/16/2022 | 24 | REPLY to Response to Motion re 1 MOTION *To Quash A Subpoena* filed by Jennifer R. Psaki. (Attachments: # 1 Exhibit 1)(Bagnell, Edward) (Entered: 11/16/2022) |
| 11/17/2022 | 25 | MOTION Request for Authorization to bring electronic device to court by Jennifer R. Psaki. (Bagnell, Edward) (Entered: 11/17/2022) |
| 11/17/2022 | 26 | MOTION Request for Authorization to bring electronic device to court by Jennifer R. Psaki. (Bagnell, Edward) (Entered: 11/17/2022) |
| 11/17/2022 | 27 | MOTION Request for Authorization to bring electronic device to court by State of Louisiana. (Weitzner, Michael) (Entered: 11/17/2022) |
| 11/17/2022 | 28 | NOTICE by Jayanta Bhattacharya, Jill Hines, Jim Hoft, Aaron Kheriaty, Martin Kulldorff, State of Louisiana, State of Missouri re 14 Opposition, 1 MOTION, 8 Memorandum in Support, 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki*, 24 Reply to Response to Motion, 23 Reply to Response to Motion, 5 Memorandum in Support, *Update to proceedings in the Western District of Louisiana* (Johnson, Jeff) (Entered: 11/17/2022) |
| 11/17/2022 | 29 | ORDERED that Movants' Requests for Authorization to Bring Electronic Device to Court (Motions) [Dkt. Nos. 25, 26] are DENIED (see Order for details). Signed by Magistrate Judge Ivan D. Davis on 11/17/2022. (nneb) (Entered: 11/17/2022) |
| 11/17/2022 | 30 | ORDER granting 19 Motion for Pro hac vice Appointed Brian Wesley Barnes for State of Louisiana. Signed by District Judge Patricia Tolliver Giles on 11/17/2022. (nneb) (Entered: 11/18/2022) |
| 11/17/2022 | 31 | ORDER granting 20 Motion for Pro hac vice Appointed Megan Wold for State of Louisiana. Signed by District Judge Patricia Tolliver Giles on 11/17/2022. (nneb) (Entered: 11/18/2022) |
| 11/17/2022 | 32 | ORDER granting 21 Motion for Pro hac vice Appointed Joseph O'meara Masterman for State of Louisiana. Signed by District Judge Patricia Tolliver Giles on 11/17/2022. (nneb) (Entered: 11/18/2022) |
| 11/17/2022 | 33 | ORDER granting 22 Motion for Pro hac vice Appointed Dean John Sauer for Jayanta Bhattacharya,Dean John Sauer for Jill Hines,Dean John Sauer for Aaron Kheriaty,Dean John Sauer for Martin Kulldorff. Signed by District Judge Patricia Tolliver Giles on 11/17/2022. (nneb) (Entered: 11/18/2022) |
| 11/18/2022 | 34 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis: Motion Hearing held on 11/18/2022 re: 1 MOTION to Quash Subpoena filed by Jennifer R. Psaki, 7 MOTION to Quash *Deposition Subpoena to Jennifer Psaki* filed by United States of America. Appearances of counsel for Movant, Respondents, United States of America, and Individual Respondents. Motions **ARGUED AND MOTIONS TRANSFERRED TO THE WESTERN DISTRICT OF LOUISIANA.** USA/Govt's Oral Motion/Request for Stay of Transfer of Motions **DENIED**. Order to follow.(Tape #FTR.)(pmil, ) (Entered: 11/18/2022) |

| 11/22/2022 | 35 | ORDER – FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby ORDERED that the Motions [Dkt. Nos. 1, 7] are transferred to the United States District Court for the Western District of Louisiana. For the reasons stated below, the Western District of Louisiana is more properly situated to rule on the Motions to Quash [Dkt. Nos. 1, 7]. Signed by Magistrate Judge Ivan D. Davis on 11/22/2022. (lgue, ) (Entered: 11/22/2022) |