**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PSAKI** | **CASE NO. 3:22-MC-00072** |
| **VERSUS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| **STATE OF MISSOURI ET AL** | |

**ORDER**

Considering the foregoing Motion to Quash a Subpoena [Doc. No. 1] filed by Jennifer R. Psaki, Motion to Quash Third-Party Subpoena Issued to Jennifer Psaki [Doc. No. 7] filed by the United States, and Joint Motion to set Agreed Upon Briefing Schedule on Motions to Quash Deposition Subpoena [Doc. No. 10] filed by the United States and Jennifer Psaki,

**IT IS ORDERED** that the Motions are **DENIED** in accordance with this Court's Memorandum Order [Doc. No. 120] issued in the related case *Missouri et al v. Biden et al* (3:22-cv-01213-TAD-KDM).

**IT IS FURTHER ORDERED** that the Motion requesting authorization to bring electronic devices into the courtroom [Doc. No. 27] filed by the State of Louisiana is **DENIED** as moot.

MONROE, LOUISIANA, this 28th day of November 2022.

Terry A. Doughty
United States District Judge