**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| JENNIFER R. PSAKI, | ) |
| | ) |
| Movant, | ) |
| | ) Case No. 3:22-mc-00072-KDM |
| v. | ) |
| | ) |
| STATE OF MISSOURI, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Kyla M. Snow of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Movant United States.

Dated:  December 6, 2022

Respectfully submitted,

*/s/ Kyla M. Snow*
KYLA M. SNOW
Trial Attorney (Ohio Bar No. 96662)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 514-3259
E-mail:  kyla.snow@usdoj.gov

*Counsel for the United States*