IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER R. PSAKI, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 3:22-mc-00072 |
| | ) | |
| STATE OF MISSOURI ex rel. ERIC S. | ) | Related Case: 3:22-cv-01213 |
| SCHMITT, Attorney General, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ENTRY OF APPEARANCE

Now comes D. John Sauer, Solicitor General, and enters his appearance

on behalf of Respondents State of Missouri and State of Louisiana.

Respectfully Submitted,

**ERIC S. SCHMITT**
Attorney General of Missouri

/s/ D. John Sauer
D. John Sauer, #58721
*Solicitor General*

Office of the Attorney General Supreme
Court Building
P.O. Box 899
207 W. High St.
Jefferson City, MO 65102
(573) 751-1800 Telephone
(573) 751-0774 Facsimile
John.Sauer@ago.mo.gov

*Counsel for Respondents*

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December 2022, I electronically filed the forgoing Entry of Appearance using the Court's electronic filing system, to be served on all counsel of record.


/s/ D. John Sauer