IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER R. PSAKI, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | )  No. 3:22-mc-00072 |
| | ) |
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al., | )  Related Case: 3:22-cv-01213 |
| | ) |
| Respondents. | ) |

### MOTION TO SUBSTITUE COUNSEL D. JOHN SAUER AS COUNSEL OF RECORD AND MOTION TO WITHDRAW MICHAEL WEITZNER AS COUNSEL FOR LOUISIANA

In accordance with the Western District of Louisiana Local Civil Rule 83.2.11, Michael Weitzner respectfully requests to withdraw as counsel of record and withdraw as counsel for the State of Louisiana. D. John Sauer has entered his appearance as counsel for Louisiana and requests that this Court grant this Motion to Substitute him as Counsel of Record. Michael Weitzner consents to this Motion and The State of Louisiana consents to this Motion.

Dated: January 3, 2023                                             Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General of Missouri
/s/ D. John Sauer
D. John Sauer, #58721
*Solicitor General*
Office of the Attorney General Supreme Court Building
P.O. Box 899
207 W. High St.
Jefferson City, MO 65102
(573) 751-1800 Telephone
(573) 751-0774 Facsimile
John.Sauer@ago.mo.gov

*Counsel for Respondents*

_____
Michael Weitzner
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
COOPER & KIRK, PLLC
(202) 220-9600
mweitzner@cooperkirk.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on January 3, 2023, I electronically filed the foregoing Motion as Counsel for Louisiana with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

The undersigned counsel also certifies that the client listed below has been served the motion via Federal Express, has been notified of all deadlines and pending court appearances.

>State of Louisiana
>Elizabeth Murrill
>*Solicitor General*
>Louisiana Department of Justice
>1885 N. Third Street
>Baton Rouge, LA 70804
>Email:  MurrillE@ag.louisiana.gov

The undersigned counsel also certifies that the opposing counsel listed below has been served the motion via Federal Express

>Jeannie S. Rhee
>2001 K Street, N.W.
>Washington, DC 20006
>jrhee@paulweiss.com
>
>David K. Kessler
>Muamera Hadzic
>1285 Avenue of the Americas
>New York, NY 10019
>dkessler@paulweiss.com
>mhadzic@paulweiss.com
>
>*Attorneys for Movant Jennifer R. Psaki*
>
>Kyla Snow
>U S Dept of Justice (L St)
>1100 L Street NW
>Washington, DC 20005
>202-353-3098
>Email: kyla.snow@usdoj.gov

Lauren A Wetzler
U S Attorney's Office (VA)
2100 Jamieson Ave
Alexandria, VA 22314
703-299-3700
Fax: 703-299-3983
Email: lauren.wetzler@usdoj.gov

*Attorneys for Movant United States*

                                                            /s/ D. John Sauer
                                                            D. John Sauer