IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER R. PSAKI, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 3:22-mc-00072 |
| | ) | |
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al., | ) ) ) | Related Case: 3:22-cv-01213 |
| | ) | |
| Respondents. | ) | |

ORDER

Considering the foregoing Motion to Substitute Counsel D. John Sauer as Counsel of Record and Motion to Withdraw Michael Weitzner as Counsel for Louisiana,

**IT IS ORDERED** that the Motion is granted.

this ___ day of _____.

_____
Terry A. Doughty
United States District Judge