IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

| | |  | |
|---|---|---|---|
| JENNIFER R. PSAKI, | ) | | |
| | ) | | |
| Movant, | ) | | |
| | ) | | |
| v. | ) | No. 3:22-mc-00072 |
| | ) | | |
| STATE OF MISSOURI ex rel. ERIC S. SCHMITT, Attorney General, et al., | ) | Related Case: 3:22-cv-01213 |
| | ) | | |
| Respondents. | ) | | |

ORDER

Considering the foregoing Motion to Substitute Counsel D. John Sauer as Counsel of Record and Motion to Withdraw Michael Weitzner as Counsel for Louisiana,

**IT IS ORDERED** that the Motion is granted.

This 10th day of January, 2023.

_____
Kayla Dye McClusky
United States Magistrate Judge